IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TAMMY GATES,

    Plaintiff,

v.

No. 3:16CV00333-JJV

NANCY A. BERRYHILL, Acting
Commissioner, Social Security
Administration,

    Defendant.

## **JUDGMENT**

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 18th day of April, 2017.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE